**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-11651 |
| Alejandro Campos | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                      Clerk of the Court
                      219 South Dearborn
                      Chicago, Illinois

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

    A hearing on the fee applications and any objection to the Final Report will be held as follows:

                Date:    4/5/13
                Time:   9:15 A.M.
          Location:   Joliet City Hall
                       Second Floor
                       150 West Jefferson Street
                       Joliet, Illinois

    If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  3/6/13                         By:   */s/ Joji Takada*
                                                                        Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
Alejandro Campos                    §    Case No. 12-11651
                                    §
_____Debtor(s)_____§

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,000.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 7,000.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 1,450.00 | $ 0.00 | $ 1,450.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,450.00 |
| Remaining Balance | | $ | 5,550.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,088.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | $ 9,781.34 | $ 0.00 | $ 1,425.25 |
| 2 | Citibank, N.A. | $ 1,067.34 | $ 0.00 | $ 155.52 |
| 4 | Fia Card Services, N.A. | $ 20,614.44 | $ 0.00 | $ 3,003.76 |
| 5 | Portfolio Recovery Associates, Llc | $ 2,426.04 | $ 0.00 | $ 353.50 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank | $ 2,292.30 | $ 0.00 | $ 334.02 |
| 7 | Capital One | $ 1,907.48 | $ 0.00 | $ 277.95 |

Total to be paid to timely general unsecured creditors       $       5,550.00

Remaining Balance       $       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada

Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                       Case No. 12-11651-BWB
Alejandro Campos                                                             Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: froman              Page 1 of 3               Date Rcvd: Mar 07, 2013
                                Form ID: pdf006          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2013.
```
db          +Alejandro Campos,   470 N. Maggie Lane,   Romeoville, IL 60446-5299
18670236    +ARM,   PO Box 129,   Thorofare, NJ 08086-0129
18670237   #+AT & T,   P.O.Box 8100,   Aurora, IL 60507-8100
18670238    +Bank Of America,   Po Box 982238,   El Paso, TX 79998-2238
18670239    +Blitt and Gaines PC,   661 Glenn Avenue,   Wheeling, IL 60090-6017
18670240    +CBCS,   PO Box 163250,   Columbus, OH 43216-3250
19343377     Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18670241    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18670242    +Circuit Court of Cook County,   Case# 10 CH 28197,   50 W Washington, Room 802,
              Chicago, IL 60602-1305
18670243    +Circuit Court of the 12th Judicial,   57 N. Ottawa,   Case No. 2011 AR 00290,
              Joliet, IL 60432-4389
18670244    +Citibank (South Dakota) NA,   P.O. Box 7032,   Chicago, IL 60680-7032
18670245    +Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
18670246    +Citibank Usa,   Citicorp Credit Svcs/Attn: Centraliz,   Po Box 20363,
              Kansas City, MO 64195-0363
18670247    +Codilis & Associates, PC,   15W030 N. Frontage Rd.,   Burr Ridge, IL 60527-6921
19064130     FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
18670249    +FMS Inc.,   PO Box 707600,   Tulsa, OK 74170-7600
18670254    +Michael D. Fine,   131 South Dearborn Street, Floor 5,   Chicago, IL 60603-5571
18670256    +Minerva Mendoza,   6130 S Tripp Ave,   Chicago, IL 60629-4927
18670257    +Northstar,   4285 Genesee Street,   Cheektowaga, NY 14225-1943
18670259   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541)
18670258    +Plaza Recovery, Inc.,   PO Box 2770,   New York, NY 10116-2770
18670260    +Providian/Chase,   Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
18670261    +State Disbursement Unit,   P.O. Box 5400,   Carol Stream, IL 60197-5400
19005741    +SunTrust Mortgage Inc,   Bankruptcy Department RVW 3034,   P O Box 27767,
              Richmond VA 23261-7767
18670262    +Suntrust Mortgage/cc 5,   Attention: Bankruptcy Division,   Po Box 85092,
              Richmond, VA 23285-5092
18670263   ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,   Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18670237    +E-mail/Text: g17768@att.com Mar 08 2013 03:07:32     AT & T,   P.O.Box 8100,
              Aurora, IL 60507-8100
18980638     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 08 2013 03:19:05     Citibank, N.A.,
              c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK  73124-8840
18971135     E-mail/Text: bankruptcy@commercebank.com Mar 08 2013 05:13:53     Commerce Bank,   P O BOX 419248,
              KCREC-10,   Kansas City, MO 64141-6248
18670248    +E-mail/Text: bankruptcy@commercebank.com Mar 08 2013 05:13:53     Commerce Bk,   P O Box 411036,
              Kansas City, MO 64141-1036
18670250     E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2013 03:23:04     GE Money Bank,   PO Box 960061,
              Orlando, FL 32896-0061
18670251    +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2013 03:23:03     JcPenney Credit Services,
              Customer Service,   PO Box 981131,   El Paso, TX 79998-1131
18670252    +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 08 2013 03:03:14     Kohls/capone,   Po Box 3115,
              Milwaukee, WI 53201-3115
18670253    +E-mail/Text: bankruptcydpt@mcmcg.com Mar 08 2013 03:03:59     MCM,   P.O. Box 60578,
              Los Angeles, CA 90060-0578
18670255    +E-mail/Text: bankruptcydpt@mcmcg.com Mar 08 2013 03:03:59     Midland Credit Mgmt In,
              8875 Aero Dr,   San Diego, CA 92123-2255
19331059    +E-mail/Text: resurgentbknotifications@resurgent.com Mar 08 2013 03:02:17
              PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19285065*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   c/o Jc Penney,   PO Box 41067,
              Norfolk VA 23541)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: froman              Page 2 of 3             Date Rcvd: Mar 07, 2013
                              Form ID: pdf006           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2013**                    **Signature:**      /s/ Joseph Speetjens

```
District/off: 0752-1           User: froman                Page 3 of 3                   Date Rcvd: Mar 07, 2013
                               Form ID: pdf006             Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2013 at the address(es) listed below:

        Alfredo J Garcia    on behalf of Debtor Alejandro  Campos notice@ledfordwu.com, courtnotice@ledfordwu.com;lwnotice@gmail.com
        Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com, jtakada@ecf.epiqsystems.com
        Joji  Takada    trustee@takadallc.com, jtakada@ecf.epiqsystems.com
        Orlando  Velazquez    on behalf of Debtor Alejandro  Campos notice@ledfordwu.com, courtnotice@ledfordwu.com;lwnotice@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                        TOTAL: 5