UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
                                        §
Alejandro Campos                        §       Case No. 12-11651
                                        §
          Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____        By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Suntrust Mortgage/cc 5 Attention: Bankruptcy Division Po Box 85092 Richmond, VA 23286 |  |  |  |  |  |
| 3 | Suntrust Mortgage Inc |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Minerva Mendoza;6130 S Tripp Ave;Chicago, IL 60629 | | | | | |
| | State Disbursement Unit;PO Box 5400;Carol Stream, IL 60197-5400 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARM PO Box 129 Thorofare, NJ 08086 | | | | | |
| | AT & T P.O.Box 8100 Aurora, IL 60507 | | | | | |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |
| | Blitt and Gaines PC 661 Glenn Avenue Wheeling, IL 60090 | | | | | |
| | CBCS PO Box 163250 Columbus, OH 43216 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Circuit Court of Cook County Case# 10 CH 28197 50 W Washington, Room 802 Chicago, IL 60604 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Circuit Court of the 12th Judicial 57 N. Ottawa Case No. 2011 AR 00290 Joliet, IL 60432 | | | | | |
| | Circuit Court of the 12th Judicial 57 N. Ottawa Case No. 2011 AR 00290 Joliet, IL 60432 | | | | | |
| | Citibank (South Dakota) NA P.O. Box 7032 Chicago, IL 60636 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Citicorp Credit Svcs/Attn: Centraliz Po Box 20363 Kansas City, MO 64195 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Codilis & Associates, PC 15W030 N. Frontage Rd. Burr Ridge, IL 60527 | | | | | |
| | Commerce Bk P O Box 411036 Kansas City, MO 64141 | | | | | |
| | FMS Inc. PO Box 707600 Tulsa, OK 74170 | | | | | |
| | GE Money Bank PO Box 960061 Orlando, FL 32896-0061 | | | | | |
| | JcPenney Credit Services Customer Service PO Box 981131 El Paso, TX 79998 | | | | | |
| | Kohls/capone Po Box 3115 Milwaukee, WI 53201 | | | | | |
| | MCM P.O. Box 60578 Los Angeles, CA 90060 | | | | | |
| | Michael D. Fine 131 South Dearborn Street, Floor 5 Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Michael D. Fine 131 South Dearborn Street, Floor 5 Chicago, IL 60603 |  |  |  |  |  |
|  | Midland Credit Mgmt In 8875 Aero Dr San Diego, CA 92123 |  |  |  |  |  |
|  | Northstar 4285 Genesee Street Cheektowaga, NY 14225 |  |  |  |  |  |
|  | Plaza Recovery, Inc. PO Box 2770 New York, NY 10116 |  |  |  |  |  |
|  | Portfolio Rc Attn: Bankruptcy Po Box 41067 Norfolk, VA 23541 |  |  |  |  |  |
|  | Providian/Chase Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 |  |  |  |  |  |
| 7 | Capital One |  |  |  |  |  |
| 2 | Citibank, N.A. |  |  |  |  |  |
| 1 | Commerce Bank |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Fia Card Services, N.A. | | | | | |
| 5 | Portfolio Recovery Associates, Llc | | | | | |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-11651 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Alejandro Campos | | | | Date Filed (f) or Converted (c): | 03/23/2012 (f) |
| | | | | | 341(a) Meeting Date: | 04/16/2012 |
| For Period Ending: | 07/02/2013 | | | | Claims Bar Date: | 08/24/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 470 N. Maggie Lane, Romeoville Il 60446 | 133,200.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Misc. Household Goods: Sofa, Loveseat, Television, Refriger | 500.00 | 0.00 | | 0.00 | FA |
| 4. Used Personal Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 5. Wedding Band | 150.00 | 0.00 | | 0.00 | FA |
| 6. Term Life Policy Through Allstate Insurance - No Cash Surren | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2011 Tax Refund (Estimated) | 2,588.00 | 0.00 | | 0.00 | FA |
| 8. Possible Claim Against Wells Fargo Regarding The Property Lo | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2006 Ford Econoline Cargo Van | 3,590.00 | 0.00 | | 0.00 | FA |
| 10. Fraudulent Transfer | 0.00 | 7,000.00 | | 7,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $140,228.00 $7,000.00 $7,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

061312--Debtor paid $7000 in exchange for all right title and interest in tractor.
121812--Trustee filed objection to claim of Suntrust Mortgage.
013013--Trustee objection to claim sustained.

RE PROP #     10  --  Settlement received for fraudulent transfer of tractor owned by debtor

Initial Projected Date of Final Report (TFR): 03/23/2014     Current Projected Date of Final Report (TFR): 03/23/2014

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-11651 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Alejandro Campos | Bank Name: Congressional Bank |
| | Account Number/CD#: XXXXXX7342 |
| | Checking Account |
| Taxpayer ID No: XX-XXX1880 | Blanket Bond (per case limit): |
| For Period Ending: 07/02/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/13/12 | 10 | Rena E Campos | Settlement funds<br>Settlement of transfer of tractor to insider | 1141-000 | $7,000.00 | | $7,000.00 |
| 02/12/13 | | Transfer to Acct # xxxxxx8909 | Transfer of Funds | 9999-000 | | $7,000.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,000.00 | $7,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $7,000.00 |
| Subtotal | $7,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,000.00 | $0.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-11651 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Alejandro Campos | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8909 |
| | Checking |
| Taxpayer ID No: XX-XXX1880 | Blanket Bond (per case limit): |
| For Period Ending: 07/02/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx7342 | Transfer of Funds | 9999-000 | $7,000.00 | | $7,000.00 |
| 04/08/13 | 100001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,450.00 | $5,550.00 |
| 04/08/13 | 100002 | Commerce Bank<br>P O Box 419248<br>Kcrec-10<br>Kansas City, Mo 64141-6248 | Final distribution to claim | 7100-000 | | $1,425.25 | $4,124.75 |
| 04/08/13 | 100003 | N. A. Citibank<br>Citibank, N.A.<br>C/O American Infosource Lp<br>Po Box 248840<br>Oklahoma City, Ok 73124-8840 | Final distribution to claim | 7100-000 | | $155.52 | $3,969.23 |
| 04/08/13 | 100004 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>Po Box 15102<br>Wilmington, De 19886-5102 | Final distribution to claim | 7100-000 | | $3,003.76 | $965.47 |
| 04/08/13 | 100005 | Portfolio Recovery Associates, Llc<br>C/O Jc Penney<br>Po Box 41067<br>Norfolk Va 23541 | Final distribution to claim | 7100-000 | | $353.50 | $611.97 |
| 04/08/13 | 100006 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim | 7100-000 | | $334.02 | $277.95 |
| 04/08/13 | 100007 | Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim | 7100-000 | | $277.95 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,000.00 | $7,000.00 |
| Less: Bank Transfers/CD's | $7,000.00 | $0.00 |
| Subtotal | $0.00 | $7,000.00 |
| Page Subtotals: | $7,000.00 | $7,000.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $7,000.00 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7342 - Checking Account | $7,000.00 | $0.00 | $0.00 |
| XXXXXX8909 - Checking | $0.00 | $7,000.00 | $0.00 |
| | $7,000.00 | $7,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,000.00 |
| Total Gross Receipts: | $7,000.00 |

Page Subtotals:  $0.00  $0.00